# SEALED

DANIEL G. BOGDEN
United States Attorney
NICHOLAS D. DICKINSON
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6271



UNITED STATES DISTRICT COURT
District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Case No. 2:14-CR-00270-RFB-GWF-1 |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | PETITION FOR ACTION |
| ) | | ON CONDITIONS OF |
| Kasey Suzanne PAPPAS ) | | PRETRIAL RELEASE |
| Defendant ) | | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Zack Bowen, Pretrial Services Officer. I have reviewed the Modification Request and concur in the recommended action requested of the Court.

Dated this 18th day of August, 2014.

DANIEL G. BOGDEN
United States Attorney

By __/S/_____
NICHOLAS D. DICKINSON
Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. Kasey Suzanne PAPPAS                         Case No. 2:14-CR-00270-RFB-GWF-1

### Petition for Action on Conditions of Pretrial Release

      COMES NOW Zack Bowen, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon defendant Kasey Suzanne Pappas, who appeared before U.S. District Judge Richard F. Boulware II in the Court at Las Vegas, Nevada on August 13, 2014 and was ordered released on a Personal Recognizance Bond with no conditions.

      Respectfully presenting petition for action of Court and for cause as follows:

Based upon the information contained in the defendant's post-bail report, our office respectfully requests the defendant's conditions of release be modified to the following:

1. Pretrial Services Supervision.
2. Refrain from the use or possession of controlled substances.
3. Do not associate with or be in the presence of those using or possessing controlled substances.
4. Submit to drug testing as directed by Pretrial Services and pay associated costs based upon ability.
5. Actively seek and maintain lawful and verifiable employment or maintain an education program and notify Pretrial Services prior to any change.
6. Travel is restricted to the continental U.S.
7. Maintain current residence and do not move without Pretrial Services approval.

PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S PERSONAL RECOGNIZANCE BOND BE MODIFIED TO INCLUDE THE ABOVE-LISTED CONDITIONS.

ORDER OF COURT

Considered and ordered this 27 day of August, 2014 and ordered filed and made a part of the records in the above case.

_____
Honorable Richard F. Boulware II
U.S. District Judge

I declare under penalty of perjury that the information herein is true and correct.
Executed on this 18th day of August, 2014.

Respectfully Submitted,

*Zack Bowen*
Zack Bowen
United States Pretrial Services Officer

Place: Las Vegas, Nevada