**PETER S. CHRISTIANSEN, ESQ.**
Nevada Bar No. 5254
pete@christiansenlaw.com
**CHRISTIANSEN LAW OFFICES**
810 S. Casino Center Boulevard, Suite 104
Las Vegas, Nevada 89101
Telephone:     (702) 240-7979
Facsimile:      (866) 412-6992
*Attorney for Defendant Kasey Suzanne Pappas*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KASEY SUZANNE PAPPAS,<br><br>Defendant. | CASE NO. 2:14-cr-00270-RFB-GWF<br><br>**STIPULATION TO EXTEND TIME PERIOD TO COMPLETE COMMUNITY SERVICE** |

   IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Nicholas D. Dickinson, Assistant United States Attorney, counsel for the United States of America, and Peter S. Christiansen, Esq., counsel for Defendant KASEY SUZANNE PAPPAS, that the time period within which Defendant shall have to complete the community service requirement of her sentence be extended by an additional six months, up to and including, March 20, 2016.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

This Stipulation is entered into for the following reason:

1. Defendant Pappas has been participating in community service, but she is pregnant and does not believe that she will be able to meet the 70-hour community service requirement by the present deadline given the limitations presented by her pregnancy.

DATED: July 9, 2015.

/s/ Peter S. Christiansen
PETER S. CHRISTIANSEN, ESQ.
400 South Fourth Street, #300
Las Vegas, NV 89101
Counsel for Kasey Suzanne Pappas

/s/ Nicholas D. Dickinson
NICHOLAS D. DICKINSON, ESQ.
333 Las Vegas Blvd. S. #5000
Las Vegas, NV 89101
Assistant United States Attorney
Counsel for USA

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Boulevard, Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 702-240-3939

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KASEY SUZANNE PAPPAS,<br><br>Defendant. | CASE NO. 2:14-cr-00270-RFB-GWF<br><br>**ORDER TO EXTEND TIME PERIOD TO COMPLETE COMMUNITY SERVICE** |

Based upon the pending Stipulation of the parties, and good cause appearing therefore,

**ORDER**

IT IS HEREBY ORDERED that the time period within which Defendant Pappas shall have to complete the community service requirement of her sentence be extended by an additional six months, up to and including, March 20, 2016.

DATED this 13th day of July, 2015.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE