☑ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 25 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-270-RFB-GWF |
| Plaintiff, | ) | |
| vs. | ) | |
| KASEY SUZANNE PAPPAS | ) | |
| Defendant. | ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part

of the Judgment in a Criminal Case (ECF#22), sentencing held on March 17, 2015.   Upon

further review of the restitution order in this matter, the specifics needed to complete the order of

restitution were not made a part of the Judgment.   Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s)

listed below:

Name of Payee: IRS - RACS
Amount of Restitution: $67,115.00

**Total Amount of Restitution ordered:  $67,115.00\*\***
\*\*Joint and Several with Nicholas Pappas in case 2:14-CR-370

Dated this _____ day of February 2019.

_____
UNITED STATES DISTRICT JUDGE